IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-02052-SKC

UNITED SPECIALTY INSURANCE COMPANY, a Texas corporation,

Plaintiff,

v.

ANOKI CREAGER, an individual;
LAURA CREAGER, as Parent of and P.O.A. for Anoki Creager, an individual;
RAPID FIRE DELIVERY, LLC, a Colorado limited liability company;
ONTRAC LOGISTICS, INC., F/K/A EXPRESS MESSENGER SYSTEMS, INC. D/B/A ONTRAC, a Delaware corporation; and
JONATHAN RODRIGUEZ, an individual,

Defendants.

## NOTICE OF ENTRY OF APPEARANCE

　　Phillip T. Reither of Baker Law Group, LLC, hereby enters his appearance on behalf of Defendant Rapid Fire Delivery, LLC.

DATED this 15th day of November, 2022.

　　　　　　　　　　　　　　　　　　　　　**BAKER LAW GROUP, LLC**

　　　　　　　　　　　　　　　　　　　　　　*/s/ Phillip Reither*
　　　　　　　　　　　　　　　　　　　　　Phillip T. Reither, CO Bar #51618
　　　　　　　　　　　　　　　　　　　　　8301 E. Prentice Ave, Suite 450
　　　　　　　　　　　　　　　　　　　　　Greenwood Village, CO 80111
　　　　　　　　　　　　　　　　　　　　　Phone: (303) 862-4564
　　　　　　　　　　　　　　　　　　　　　Fax: (970) 704-5741
　　　　　　　　　　　　　　　　　　　　　Phillip@jbakerlawgroup.com
　　　　　　　　　　　　　　　　　　　　　*Attorney for Defendant Rapid Fire Delivery, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 15, 2022, the above and forgoing **NOTICE OF ENTRY OF APPEARANCE** was filed via the Court's CM/ECF system which will send notification of such filing to all Counsel of record.

*/s/ Phillip Reither*

2